# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| **Ananias BARDALES-Padilla** | ) | Case No. |
| | ) | L18-PO60004 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **May 13, 2018** in the county of **Webb** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1325(a)(1) | an alien, did unlawfully enter and attempt to enter the United States at a place other than designated by an immigration officer. |

This criminal complaint is based on these facts:

Furthermore, it is based on verbal statements by, Ananias BARDALES-Padilla, who admitted being a citizen of Honduras, who entered or attempted to enter illegally into the United States by wading the Rio Grande River near, #PLACE OF ENTRY#, thus avoiding immigration inspection, nor having proper documents to enter, travel through, or remain in the United States. This illegal entry or attempted entry took place on May 13, 2018.

☐ Continued on the attached sheet.

/S/
*Complainant's signature*

Francisco Perez Iii, Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: May 17, 2018

*Judge's signature*

City and state: Laredo, Texas     Diana Song Quiroga, U.S. Magistrate Judge
*Printed name and title*